12 Ill. App.3d 904 (1973)
299 N.E.2d 32
THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee,
v.
CHARLES H. GATHMAN, Defendant-Appellant.
No. 72-174.
Illinois Appellate Court  Second District.
June 27, 1973.
Rehearing denied August 2, 1973.
*905 Mathew K. Szygowski and Donald J. LaVaree, both of Chicago, for appellants.
William V. Hopf, State's Attorney, of Wheaton, (Malcolm F. Smith, Assistant State's Attorney, of counsel,) for the People.
Abstract of Decision.
Judgments affirmed.